UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY R. BERNARD (#108810)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 10-545-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 6, 2011 (doc. no. 16). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction and the defendants' Motion to Dismiss (doc. no. 11 and 15) are GRANTED, dismissing the plaintiff's claims asserted against the defendants in their official capacities and dismissing the plaintiff's claims asserted against defendants James LeBlanc and Howard Prince, with prejudice, and this action referred back for further proceedings in connection with the plaintiff's claims asserted against defendant Keith Robinson in the defendant's individual capacity.

Baton Rouge, Louisiana, this ͞7͞t͞h day of May, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA