## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**LARRY R. BERNARD (#108810)**                               CIVIL ACTION

**VERSUS**

**JAMES LeBLANC, ET AL.**                                    NO. 10-0545-JJB-CN

<u>O R D E R</u>

This matter comes before the Court on the defendants' Motion to Recover Awarded Costs, rec.doc.no. 40. This motion is not opposed.

Judgment was entered for the defendants in this proceeding on December 15, 2011, rec.doc.no. 36. Upon application of the defendants, costs have been assessed against the plaintiff in the amount of $ 29.20. <u>See</u> rec.doc.nos. 37 and 39. The defendants now seek recovery of these costs from the plaintiff's inmate accounts in the manner prescribed by 28 U.S.C. § 1915(f)(2)(B). Upon a finding by the Court that the defendants are entitled to the relief requested,

**IT IS ORDERED** that the defendants' Motion to Recover Awarded Costs, rec.doc.no. 40, be and it is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff **LARRY R. BERNARD (#108810)** shall pay assessed costs in the amount of <u>**$ 29.20**</u> in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to his inmate accounts until he has paid the total assessed costs of $ 29.20. The agency having custody of the plaintiff shall collect this amount from the plaintiff's trust fund accounts or institutional equivalents and, each time that the amount collected exceeds $10.00, shall issue a check made payable to the State of Louisiana, Office of Risk Management, and shall forward same to Jimmy

CIB

Meaux, State Risk Claims Adjuster, State of Louisiana, Office of Risk Management, Post Office Box 91106, Baton Rouge, LA 70821-9106, with the following ORM number noted on the check for proper credit: 10G0901BE9114. This shall be in addition to any deductions taken from the plaintiff's accounts to pay filing fees that the inmate might owe and shall be deducted from the inmate's account until the total amount of $ 29.20 is paid.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail, or deliver by electronic means, a copy of this Order to the plaintiff and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

Signed in chambers in Baton Rouge, Louisiana, February 21, 2012.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**